The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EAT RIGHT FOODS LTD.,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>WHOLE FOODS MARKET SERVICES, INC. and WHOLE FOODS MARKET PACIFIC NORTHWEST, INC.,<br><br>　　　　　　　　Defendants. | CASE NO. 2:13-CV-02174-RSM<br><br>THIRD-PARTY DEFENDANTS' MOTION FOR ENTRY OF JUDGMENT REGARDING AWARD OF ATTORNEYS' FEES<br><br>Noted for Consideration:  March 20, 2015 |
| WHOLE FOODS MARKET SERVICES, INC.,<br><br>　　　　　　　　Third-Party Plaintiff,<br><br>　　　v.<br><br>NUTRITIONAL EXCELLENCE, LLC and KEVIN LEVILLE,<br><br>　　　　　　　　Third-Party Defendants. | |

## **THIRD PARTY DEFENDANTS' MOTION FOR ENTRY OF JUDGMENT**

Pursuant to Fed. R. Civ. P. 54(d)(2) and 58(a)(3), Third-Party Defendants Nutritional Excellence, LLC and Kevin Leville (collectively, "Third-Party Defendants") respectfully move for

THIRD-PARTY DEFENDANTS' MOTION FOR ENTRY OF JUDGMENT REGARDING AWARD OF ATTORNEYS' FEES - 1
CASE NO. 2:13-CV-02174-RSM

4811-5930-1922.v4

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

entry of judgment with respect to the Court's February 18, 2015 Order Regarding Attorneys' Fees and state as follows:

1. On October 23, 2014, the Court granted Third Party Defendants' Motion to Dismiss, finding that the Court lacked personal jurisdiction over Third Party Defendants. *See* Dkt. #62.

2. On October 24, 2014, the Court entered the Order on the Third Party Defendants' Motion to Dismiss as a final judgment. *See* Dkt. #65.

3. Subsequently, Third Party Defendants filed a Motion for Attorneys' Fees pursuant to RCW 4.28.185(5). *See* Dkt. #80.

4. On February 18, 2015, the Court granted the Motion for Attorneys' Fees in part. Specifically, the Court awarded Third Party Defendants' local counsel, Summit Law Group, the amount of $2,885.50 in attorneys' fees related to the motion to dismiss and awarded Third Party Defendants' national counsel, Pastore & Dailey LLC, the amount of $44,358.90 in attorneys' fees and costs related to the motion to dismiss.

WHEREFORE, Third Party Defendants move for entry of Judgment against Whole Foods Market Services, Inc., the party who brought the Third Party Complaint against Third Party Defendants and against whom the Order on the Motion for Attorneys' Fees was rendered, and request an award for attorneys' fees as follows:

    (i)    **$2,885.50 to Summit Law Group; and**

    (ii)    **$44,358.90 to Pastore & Dailey LLC.**

A proposed order accompanies this motion.

THIRD-PARTY DEFENDANTS' MOTION FOR ENTRY
OF JUDGMENT REGARDING AWARD OF ATTORNEYS'
FEES - 2
CASE NO. 2:13-CV-02174-RSM

4811-5930-1922.v4

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  DATED this 3rd day of March, 2015.

                                      Respectfully submitted,

                                      SUMMIT LAW GROUP PLLC
Attorneys for Third-Party Defendants Nutritional Excellence, LLC and Kevin Leville

By */s/ Molly A. Terwilliger*
    Molly A. Terwilliger, WSBA #28449
    mollyt@summitlaw.com

    *and*

    Michael A. Zamat, *pro hac vice*
    Joseph M. Pastore III, *pro hac vice*
    Pastore & Dailey LLC
    4 High Ridge Park, 3rd Floor
    Stamford, CT  06905
    203-658-8461
    203-348-0852 – facsimile
    mzamat@psdkaw.net
    jpastore@psdlaw.net

THIRD-PARTY DEFENDANTS' MOTION FOR ENTRY OF JUDGMENT REGARDING AWARD OF ATTORNEYS' FEES - 3
CASE NO. 2:13-CV-02174-RSM

4811-5930-1922.v4

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Christopher Graff
Stephen P. Meleen
Jared E. Matthysse
Pirkey Barber PLLC
600 Congress Avenue, Suite 2120
Austin, TX  78701
512-322-5200
512-322-5201 – facsimile
cgraff@pirkeybarber.com
smeleen@pirkeybarber.com
jmatthysse@pirkeybarber.com

Christopher W. Tompkins
Betts, Patterson, & Mines, P.S.
701 Pike Street, Suite 1400
Seattle, WA  98101
206-292-9988
206-343-7053 – facsimile
ctompkins@bpmlaw.com

*Attorneys for Defendants & Third-Party Plaintiff*

Mark P. Walters
Lawrence D. Graham
Lowe Graham Jones PLLC
701 5th Avenue, Suite 4800
Seattle, WA  98104-7009
206-381-3300
206-381-3301 - facsimile
walters@lowegrahamjones.com

*Attorneys for Plaintiff Eat Right Foods LTD.*

DATED this 3rd day of March, 2015.

*/s/ Denise Brandenstein*
Denise Brandenstein, Legal Assistant

4811-5930-1922, v. 3

THIRD-PARTY DEFENDANTS' MOTION FOR ENTRY OF JUDGMENT REGARDING AWARD OF ATTORNEYS' FEES - 4
CASE NO. 2:13-CV-02174-RSM

4811-5930-1922.v4

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001