UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| EAT RIGHT FOODS LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>WHOLE FOODS MARKET SERVICES, INC. and WHOLE FOODS MARKET PACIFIC NORTHWEST, INC.,<br><br>Defendants. | NO. 2:13-CV-02174-RSM<br><br>STIPULATION AND ORDER ON BRIEFING SCHEDULE |
|---|---|

The parties stipulate as follows:

1. On February 27, 2018, the Court held a status conference in light of the remand from the Ninth Circuit with counsel for Plaintiff Eat Right Foods Ltd. and Defendants Whole Foods Market Services, Inc. and Whole Foods Market Pacific Northwest, Inc.

2. At the status conference, the Court ordered additional briefing limited to those issues identified by the Ninth Circuit, and ordered the parties to confer and propose a briefing schedule by March 2, 2018.

3. Plaintiff and Defendants have conferred, and stipulate to the following briefing schedule:

a. Defendants' brief and supporting materials is due March 23, 2018;

Pirkey Barber PLLC
600 Congress Avenue
Suite 2120
Austin, TX 78701
(512) 322-5200

    b. Plaintiff's response brief and supporting materials is due April 13, 2018; and

c. Defendants' reply brief and supporting materials is due April 20, 2018.

By: *s/ Jered E. Matthysse*
Christopher L. Graff (admitted *pro hac vice*)
Stephen P. Meleen (admitted *pro hac vice*)
Jered E. Matthysse (admitted *pro hac vice*)
Pirkey Barber PLLC
600 Congress Avenue, Suite 2120
Austin, TX 78701

Christopher W. Tompkins (WSBA #11686)
Betts, Patterson, & Mines, P.S.
701 Pike Street, Suite 1400
Seattle, WA 98101
COUNSEL FOR DEFENDANTS

By: *s/ Mark P. Walters*
Lawrence D. Graham (WSBA #30819)
Mark P. Walters (WSBA #25402)
Lowe Graham Jones PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
COUNSEL FOR PLAINTIFF

**ORDER**

Based on the foregoing, it is so ORDERED.

DATED: March 5, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE